# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIO CESAR NAVAS,<br><br>    Plaintiff<br><br>v.<br><br>JEROME M. POLAHA, et. al.<br><br>    Defendants | Case No.: 3:19-cv-00249-MMD-WGC<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff filed a pro se complaint. (ECF No. 1-1.) It was not accompanied by an application to proceed in forma pauperis or the filing fee. On July 19, 2019, the court directed Plaintiff to file a completed IFP application for a prisoner or pay the $400 filing fee within 30 days. He was cautioned that a failure to do so may result in dismissal of his action. To date, Plaintiff has not filed an IFP application or paid the filing fee; therefore, this action should be dismissed without prejudice and the case should be administratively closed.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING THIS ACTION WITHOUT PREJUDICE** and administratively closing the case.

The Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report

and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: April 17, 2020

*William G. Cobb*
William G. Cobb
United States Magistrate Judge