UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JULIO CESAR NAVAS,<br><br>    Plaintiff,<br>   v.<br><br>JEROM M. POLAHA, *et al.*,<br><br>    Defendants. | Case No. 3:19-cv-00249-MMD-WGC<br><br>ORDER |

Plaintiff, who is in the custody of the Nevada Department of Corrections, filed a *pro se* complaint but did not complete an application to proceed *in forma pauperis* ("IFP Application") or pay the filing fee. (ECF No. 1-1.) On July 19, 2020, the Court directed Plaintiff to either complete an IFP Application or pay the filing fee within 30 days. (ECF No. 3.) The Court further cautioned Plaintiff that failure to comply may result in dismissal of his action. (*Id.* at 2.) To date, Plaintiff has not complied. Accordingly, United States Magistrate Judge William C. Cobb recommends that the Court dismiss this action without prejudice. (ECF No. 4.) Plaintiff had until May 1, 2020 to file an objection. (*Id.*) Again, Plaintiff has not responded or otherwise objected. The Court finds that Judge Cobb is correct in recommending dismissal for Plaintiff's failure to comply with the Court's order to either complete an IFP Application or pay the filing fee. Accordingly, the Court adopts Judge Cobb's recommendation.

It is therefore ordered that Judge Cobb's Report and Recommendation (ECF No. 4) is adopted.

It is further ordered that this action is dismissed without prejudice.

///

///

///

The Clerk of Court is directed to close this case.

DATED THIS 5th day of May 2020.

                                                            _____
                                                            MIRANDA M. DU
                                                            CHIEF UNITED STATES DISTRICT JUDGE